IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOBBY BROWN,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**I. CISNEROS, et al.,**<br><br>　　　　　　　　　　　Defendant. | Case No. 2:17-cv-0177 DB P<br><br>**ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

GOOD CAUSE HAVING BEEN SHOWN, Defendant's stipulated request for a forty-five-day extension of time to file his responsive pleading is GRANTED. Defendant's responsive pleading is now due on or before August 19, 2017.

IT IS SO ORDERED.

DATED: June 29, 2017

　　　　　　　　　　　　　　　　　　　/s/  DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/brow0177.answ eot