UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY BROWN,<br><br>           Plaintiff,<br><br>    v.<br><br>J. CISNEROS,<br><br>           Defendant. | No. 2:17-cv-0177 MCE DB P<br><br><br>ORDER |

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges defendant used excessive force against him in violation of the Eighth Amendment. On November 20, 2017, the court issued a Discovery and Scheduling Order which set a deadline of March 9, 2018 for the completion of all discovery and a deadline of June 1, 2018 for the filing of pretrial motions. (ECF No. 24.) On February 26, 2018, plaintiff filed a motion for an extension of the discovery cut-off based on his recent transfer to a new prison and limited library access due to an institutional lockdown. (ECF No. 31.) On March 9, 2018, the court granted the extension of time. The deadline for completing discovery is now May 9, 2018. (ECF No. 32.)

       On March 26, 2018, plaintiff filed a motion to compel. (ECF No. 33.) Therein, plaintiff states that on February 25, 2018, he served a request for admissions on defendant but was informed that defendant would not respond. (ECF No. 33.) In a response to the motion dated

1

March 29, 2018, defendant explains that when he received the request for admissions the court had not yet extended the deadline for discovery. (ECF No. 34.) Because the court has now done so, defendant intends to respond to the request for admissions, which is due on April 11, 45 days from the date of service as specified in the court's November 20, 2017 Discovery and Scheduling Order. (ECF No. 24.)

Accordingly, because it is both premature and appears to be unnecessary, plaintiff's motion to compel (ECF No. 33) is denied.

IT IS SO ORDERED.

Dated: April 3, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/brow0177.mtc