IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**BOBBY BROWN,**

Plaintiff,

v.

**J. CISNEROS, et al.,**

Defendant.

Case No. 2:17-cv-0177 MCE DB (PC)

**ORDER OF DISMISSAL**

Having reviewed the parties' stipulation for voluntary dismissal of this action with prejudice (ECF No. 48.), and good cause appearing, this matter is hereby dismissed with prejudice, each side to bear its own litigation costs and attorney's fees. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

**Dated: August 8, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1