UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>J. CISNEROS, et al.,<br><br>    Defendants. | No. 2:17-cv-0177 MCE DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On August 7, 2018, the undersigned held a settlement conference, and the parties' settlement agreement was placed on the court record, and a stipulated dismissal with prejudice was filed. (ECF Nos. 48, 49.) On January 31, 2019, plaintiff inquired as to the status of the settlement proceeds, and noted that six months will have passed by the time his letter is received by the court. Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, counsel for defendants shall file a status report as to the payment of settlement proceeds in this action.

Dated: February 5, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/brow0177.set

1